STATE OF NEW JERSEY v. GREGORY BARTON.

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY
IN THE INTEREST OF J. M.

October 7, 1970. Petition for certification granted.

STATE OF NEW JERSEY v. ALEXANDER REID.

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v.
JUNE CLARK AND CHARLES BARR.

October 7, 1970. Petition for certification granted. (See 110 *N. J. Super.* 365).

STATE OF NEW JERSEY v. GERALD R. SCHENCK.

October 7, 1970. Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW BUSBY.

October 7, 1970. Petition for certification denied.